**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VICTOR C. S.,

Petitioner,

v.

TODD BLANCHE, *Attorney General, United States Department of Justice*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; and DAVID J. VENTURELLA,[1] *Acting Director of Immigration and Customs Enforcement*,

Respondents.

Case No. 26-cv-2874 (LMP/SGE)

**ORDER**

---

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Victor C. S.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before **Friday, June 12, 2026**, certifying the true cause and proper duration of Victor C. S.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Victor C. S.'s detention in light of the issues raised in his Petition;

---

[1] David J. Venturella is substituted in place of Todd M. Lyons pursuant to Federal Rule of Civil Procedure 25(d).

b. A reasoned memorandum of law and fact explaining Respondents' legal position on Victor C. S.'s claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. If Victor C. S. intends to file a reply to Respondents' answer, he must do so on or before **Friday, June 19, 2026**;

4. No further submissions from the parties will be permitted except as authorized by Court order; and

5. Respondents are **ORDERED** not to move Victor C. S. outside of the District of Minnesota during the pendency of these proceedings, so that Victor C. S. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: June 5, 2026
Time: 5:21 p.m.

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge