**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VICTOR C. S.,

Petitioner,

v.

PAMELA BONDI, ET AL,

Respondents.

Case No. 26-cv-1366 (NEB/DLM)

---

VICTOR C. S.,

Petitioner,

v.

TODD BLANCHE, ET AL,

Respondents.

Case No. 26-cv-2874 (LMP/SGE)

---

**ORDER**

Case No. 26-cv-1366 having been assigned to U.S. District Judge Nancy E. Brasel and U.S. Magistrate Judge Douglas L. Micko, and Case No. 26-cv-2874 having later been assigned to U.S. District Judge Laura M. Provinzino and U.S. Magistrate Judge Shannon G. Elkins, and said matters being related cases,

**IT IS HEREBY ORDERED** that 26-cv-2874 be assigned to Judge Nancy E. Brasel and Magistrate Judge Douglas L. Micko, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated May 27, 2026.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: June 8, 2026

*s/Nancy E. Brasel*
Nancy E. Brasel
United States District Judge

Dated: June 8, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge